JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BRIAN HASTINGS,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS INC., et al.<br><br>Defendants. | Case No. 07-03897 JFW (PLAx)<br><br>**ORDER**<br><br>**Hon. John F. Walter** |

For good cause showing, the Second Amended Complaint in this action is hereby dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: _June 19, 2009

UNITED STATES DISTRICT JUDGE

-1-